1  G. Thomas Martin, III, Esq. (SBN 218456)
   **PRICE LAW GROUP, APC**
2  15760 Ventura Blvd., Suite 1100
   Encino, CA  91436
3  T: (818) 907-2030; F: (818) 205-2730
   tom@plglawfirm.com
4
   Attorneys for Plaintiff,
5  CHRISTY JOHNSON

6

7

8              UNITED STATES DISTRICT COURT

9
               FOR THE CENTRAL DISTRICT OF CALIFORNIA
10

11
| CHRISTY JOHNSON | Case No.: CV12-2749 SJO (JCx) |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT** |
| vs. | |
| MIDLAND CREDIT MANAGEMENT, INC.; DOES 1-10, inclusive. | |
| Defendants. | |

     Plaintiff, CHRISTY JOHNSON, by counsel, and Defendant, MIDLAND CREDIT MANAGEMENT, INC., by counsel, hereby stipulate and agree to dismiss this matter with prejudice, with each party to bear its own costs and attorneys' fees.

//
//
//

RESPECTFULLY SUBMITTED,

DATED: August 1, 2012  **PRICE LAW GROUP APC**

By: /s/G. Thomas Martin, III
 G. Thomas Martin, III
 Attorney for Plaintiff

DATED: August 1, 2012  **GENGA & ASSOCIATES, P.C.**

By: /s/John M. Genga
 John M. Genga
 Attorney for Defendant